# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DEVEN MCGINN,<br><br>　　　　　Defendant. | Case No.: 20-CR-1944-AJB<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

　　The United States' Motion to Dismiss the Information (ECF No. 15) is hereby GRANTED. The Information is DISMISSED without prejudice. Bond is exonerated.

**IT IS SO ORDERED.**

Dated: February 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge